# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

_James Broadhead,_

Inmate Identification Number: **224802**

_Bowman_

_Tyreese Cowen_
(Enter above the full name of the plaintiff in this action)

> **NOTICE TO FILING PARTY**
>
> It is your responsibility to notify the clerk in writing of any address change.
>
> Failure to notify the clerk may result in dismissal of your case without further notice.

2014 JUL 14 P 1:30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

vs.

Officer, C/O, J. Rogers,  Officer, Jackie Russell,

Officer, nurse, LPN, Scott,  Officer, nurse, LPN, M. Hall,

Officer, David TyTell P.S.Y.D.,  Officer, H. Chancey,

Officer, Evelyn Dorsett,  Officer, A. Voyles,
(Enter above full name(s) of the defendant(s) in this action)

**DEMAND FOR JURY TRIAL**

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( ✓ )   No ( )

   B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff: _____

         _____

         Defendant(s): _____

         _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition ____N/A____

II. Place of present confinement ___William E. Donaldson Correctional Facility___

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )    No (   )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes (   )    No ( ✓ )

C. If your answer is YES:

1. What steps did you take? _Officer, J. Rogers and Officer, LPN, Scott, nurse, Correctional Officers_

2. What was the result? _Officer, David Ty Tell, P.S.Y.D. and Officer, Evelgar Doreself, and Officer, Jackie Russell, and Officer, M. Hall, nurse,_

D. If your answer is NO, explain why not: _and Officer, H. Chansey, and Officer, A. Voyles._

2.) Exhaustion of Legal Remedies;

16). There is no! Inmate Grievance procedure in the Alabama Department of corrections Ar#319 Inmate Grievance procedure is not available to inmate Because it is still on review.

17.) Plaintiff, re-allege and incorporate by reference to paragraphs 1-18.

18.) The unlawful Deadly Physical Force on plaintiff constitute assault and Battery. Violated plaintiff, James Broadhead rights and constituted A criminal offense in Alabama under the statutes code 1896 3 44. sections § 13A-3-23, section § 13A-12 (8) section § 13A-1-2 (9). of the criminal code of 1975.

19). The broken El-bow and burst head and teeth broken of plaintiff, Violated plaintiff James Rights under the statutes sections § 13A-3-23, 13A-1-2(8) 13A-1-2 (9) of the criminal code of 1975, and constituted Dueprocess Violation unde color of state law, under the section § 8, 10, 11, 13, 15, of Art I of the constitution of Alabama of 1901, 20) The plaintiff has no plain adequate or complete remedy at law to redress the wrongs described herein Plaintiff has been and will continue to be irreparably injured by the court of the defendants unless the court grants the prosecutions and the compensatory and punitive damages relief which plaintiff seeks.

VI, Prayer For relief

Where fore plaintiff respectfully prays that this court enter judgment granting plaintiffs: 21) A declaration that the acts and omissions described herein violated plaintiffs rights under the statutes under the criminal offense under the title 13A criminal code, of 1975, and the constitution and laws of the state of Alabama. 22) compenseatory delamages in the amount of $10,000.00 against each defendant jointly and severally 23). punitive damages in the amount of $10,000.00 against each defendant. 24). A jurytrbaton all issues trbable by jury 25). Granting Appointment of counsel 26). plaintiff cost in this case 27) circuit court judges authority granted them by law to exercise such other poweres as are or may be granted them by law [312-17-26 code of Alabama 1975].

III. Parties.
In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) James M. Broadhead #AIS 224802, segregation 5-12, William E. Donaldson Correctional facility

Address 100, Warrior Lane, Bessemer AL, 35023.

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant _____

Is employed as _____

at _____

C. Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Date 6/20/14, The Prison do not have agrievance proceivre but I still made complaint to warden and commissioner I was put on Transfere Donaldson so I exhaust all available administrative remedies before the filing of this The act of the (PLRA) officer, J. Rogers and officer, number LPN. Scott, all (4), is employed as Defendants acted under state law and color of state law with

4

Deadly Excessive force as The Plaintiff was Beat and Struck with security sticks by (4) officers Named herein as Defendants In said case Therefore The Plaintiff was Struck a "cooper Green Hospital" 98 Times by The (4) Named Defendants as the Plaintiff was Placed In a free would Hospital, where He Had a broken arm in (3) Places and staples IN The Head and (3) or (4) Teethe was knocked out as There was Threat Ts on The Plaintiff Life The Plaintiff was Transfered for His safety as The Plaitff Had fracTure To His feet and ankle area from Deadly Excessive force from Defendants "compensatory Damages IN The amount of $10,000.00 againsTeach Defendant JoinTLY and severally for Irreparable In.

V. RELIEF Jurys..... PuniTive Damages IN The amount of $10,000.00. against Teach Defendant JoinTLY and severally for Irreparable In

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues. Jurys......... for a ToTal sum of $80,000.00 Thousand Dollars ToTal claim Plaintiff cost in Lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/10/2014.

JAMES BROADHEAD #AIS 224802,
SIGNATURE

ADDRESS Donaldson Correctional Facility

100, Warrior Lane,

Bessemer AL, 35023,

AIS # 224802,

5

James M. Broadhead #214808, Seg. S-14,
William E. Donaldson Correctional Facility,
100, Warrior Lane,
Bessemer AL, 35023.

"This correspondence is forwarded
from an Alabama State Prison. The contents
have not been evaluated; and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication."

BIRMINGHAM AL 350

11 JUL 2014 PM 2 L

Office of THE Clerk
United States District Court,
One Church Street, Suite B-110

Montgomery Alabama,
36104-4018.

