IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES M. BROADHEAD, #224802, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:14-cv-676-MHT |
| ) | [wo] |
| OFFICER J. ROGERS, et. al., ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions, and orders entered in this case, it is ORDERED and ADJUDGED that this action is dismissed without prejudice, with no costs taxed.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE this 29th day of August, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE